```
_____ FILED    _____ LODGED
           _____ RECEIVED

         OCT 24 2011

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

Hon. Benjamin H. Settle

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 11- 5151 BHS |
| vs. | ) | [PROPOSED] ORDER SEALING DEFENDANT HEATH'S SENTENCING MEMORANDUM |
| LARRY J. HEATH | ) | |
| Defendant. | ) | |

Pursuant to CrR32(c)(1)(A), Local Rules W.D. of Wash, the motion of Defendant Dang to seal his Sentencing Memo is hereby GRANTED.

DATED this 24 day of October, 2011.

_____
BENJAMIN H. SETTLE
United Stated District Judge



**11-CR-05151-ORD**

- 1

Law Offices of John W. Lundin, P.S.
710 Cherry Street
Seattle WA 98104
(206) 623-8346